US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 0 1 2017

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 6:17CR60007-001 |
| vs. ) | 18 U.S.C. §§ 922(g)(5) & 924(a)(2) |
| SUNNY SINGH ) | |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about the 31st day of January, 2017, in the Western District of Arkansas, Hot Springs Division, the defendant, SUNNY SINGH, then being an alien illegally and unlawfully in the United States did knowingly possess one or more of the following firearms:

-Taurus PT945 .45 cal. pistol (serial number NRD9HSI),

-Glock 21, .45 cal. pistol (serial RKP376),

-MIL Thunder Five, .45LC.410 revolver (serial 8462)

-Maverick Arms model 88, 12-gauge shotgun (serial (MV12584J)

said firearms having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2)

1

A True Bill.

/s/ *Grand Jury Foreperson*
Foreperson

KENNETH ELSER
UNITED STATES ATTORNEY

By: _____
Denis Dean
Assistant U. S. Attorney
Arkansas Bar No. 2007182
414 Parker Avenue
Fort Smith, AR  72901
479-249-9047
E-mail denis.dean@usdoj.gov

2