IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA )
)
)  Case No. 6:17-cr-60007
v. )
)
SUNNY SINGH )

## PETITION AND ORDER FOR WRIT
## HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States Attorney for the Western District of Arkansas and for his petition, states:

1. That **SUNNY SINGH**, defendant herein, is now confined in the Garland County Jail, and is being held by the Sheriff thereof.

2. It is requested that said defendant be brought before the United States District Court, Western District of Arkansas, Hot Springs, Arkansas, for proceedings on the charges now pending against him and said defendant then be returned to the above-named institution at the conclusion of all proceedings in the above named Court.

WHEREFORE, your petitioner prays the Court to forthwith order the issuance of a Writ of Habeas Corpus Ad Prosequendum directed to the following:

To the United States Marshal for the Western District of Arkansas
To the Sheriff, Garland County, Arkansas

requiring them to produce the body of the said defendant before this Court, Hot Springs, Arkansas, on **March 22, 2017, at 10:00 a.m.**.

Kenneth Elser
United States Attorney

By: Denis Dean
Assistant U.S. Attorney
Arkansas Bar No. 2007182
414 Parker Avenue
Fort Smith, AR 72901
(479) 783-5125

IT IS SO ORDERED this ___ day of Mar., 2017

Honorable Barry A. Bryant
United States Magistrate Judge