IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

USA V. SUNNY SINGH
CRIMINAL NO. 6:17CR60007
MAGISTRATE: CAROLINE M. CRAVEN FOR BARRY A. BRYANT
RECORDER: Danita Gallagher, ECRO
GOVERNMENT: KIM HARRIS FOR BEN WULFF
DEFENDANT'S COUNSEL: MORSE GIST, CJA
INTERPRETER: NONE
DATE: MARCH 22, 2017

## INITIAL APPEARANCE AND/OR ARRAIGNMENT AND PLEA MINUTE SHEET

- (x)   Proceedings: (x) arraignment and plea
- (x)   Charges: (x) indictment
- (x)   Level of offense: (x) Felony
- (X)   Case unsealed
- (X)   Defendant appeared: ( ) with counsel (X) without counsel
- (X)   CJA 23 financial affidavit executed and counsel appointed
- (x)   Inquiry made that defendant does not suffer from mental disease or disorder and is able to comprehend proceedings
- (x)   Defendant informed of rights
- (x)   Defendant informed of maximum possible penalties, payment of special assessment and restitution
- (x)   Substance of charge stated
- (x)   Defendant waived reading of indictment
- ( )   Defendant arrested in another district and appeared in that district for IA/rule 5
- ( )   Defendant arrested on _____
- (X)   Defendant appeared on a writ
- (x)   Not guilty to count(s)  all counts
- (x)   Government seeking detention and outlines basis for such
- ( )   Presumptive detention case
- ( )   Government not seeking detention
- ( )   Detention hearing set for _____
- (X)   Detention hearing: waived, reserving the right to revisit if circumstances change
- (x)   Trial Date:  MAY 1, 2017; 9:00 AM  ; JUDGE SUSAN O. HICKEY
- (x)   A pretrial scheduling order will be entered in this matter which sets out the trial date and the dates for the parties to complete discovery and file pre-trial motions.
- ( )   Defense makes request for discovery and govt. requests reciprocal discovery
- (x)   Defendant remanded to custody of USMS
- ( )   Bond set at $5,000 unsecured
- ( )   Pretrial supervision as directed by the U.S. Probation Office.
- ( )   Court reviews all conditions in detail
- ( )   Court warns defendant of all possible consequences should defendant fail to comply with any of the conditions of release.  Goes over them in detail.