IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA　　　　　　　　　　　　　　　　　　PLAINTIFF

v.　　　　　　　　　CASE NO: 6:17CR60007

SUNNY SINGH　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

**ORDER OF DETENTION**

　　The Defendant appeared for initial appearance and arraignment on an indictment filed in this case. The Court has explained to the Defendant the right to a hearing to consider the issue of pretrial release or detention. The Defendant has waived the right to an immediate detention hearing, but reserves the right to a hearing on the issue of detention should Defendant's circumstances change. Defendant's counsel should notify the Court when this matter is ready for a detention hearing.

　　**IT IS THEREFORE ORDERED**, the Defendant is detained pursuant to 18 U.S.C. § 3142(a)(4) and remanded to the custody of the U. S. Marshal for all further proceedings, including consideration of pretrial release on request of the Defendant.

　　**SO ORDERED** this **MARCH 22, 2017.**

　　　　　　　　　　　　　　　　　　　　　　　/s/ Caroline M. Cra*ven for*
　　　　　　　　　　　　　　　　　　　　　　HONORABLE BARRY A. BRYANT
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE