AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Hot Springs Division

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | No. 6:17-CR-60007 |
| ) | |
| Sunny Singh ) | |
| *Defendant* ) | |

*[Stamp: US DISTRICT COURT WESTERN DIST ARKANSAS FILED APR 18 2017 DOUGLAS F. YOUNG, Clerk By ___ Deputy Clerk]*

*[Stamp: 2017 MAR -2 PM 2:57 U.S. MARSHALS SERVICE RECEIVED]*

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_SUNNY SINGH_, who is accused of an offense or violation based on the following document filed with the court:

■ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(5) & 924(a)(2)- (One Count) Unlawful Possession of Firearms by Alien

Date: **MAR 03 2017**                     _/s/ Laurie Wolfe_
                                                  *Issuing officer's signature*

City and state: Fort Smith, Arkansas                Douglas F. Young, U.S. Clerk
                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/2/17, and the person was arrested on *(date)* 3/22/17
at *(city and state)* Hot Springs, AR.

Date: 3/22/17                      _/s/ James Richardson_ DUSM
                                          *Arresting officer's signature*
                                          James Richardson    DUSM
                                          *Printed name and title*